**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN THOMSON,<br><br>     Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>     Defendant. | Case No. 2:18-cv-00259-AB(PLAx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-00259-AB(PLAx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: May 14, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

Case No. 2:18-cv-00259-AB(PLAx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE